**Bruce D. BERSTLER, Appellant,**

v.

**UNITED RENTALS, INC., Appellee.**

No. 07–3503.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 25, 2008.

Filed: Dec. 1, 2008.

Before MURPHY, BYE, and BENTON, Circuit Judges.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

[UNPUBLISHED]

PER CURIAM.

Bruce D. Berstler appeals the district court's[1] adverse grant of summary judgment in his diversity action. Upon de novo review, *see Guerrero v. J.W. Hutton, Inc.*, 458 F.3d 830, 833 (8th Cir.2006), we agree with the district court that United Rentals, Inc. was entitled to summary judgment on Berstler's claim under the Iowa Wage Payment Collection Act.[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.

Before MURPHY, BYE, and BENTON, Circuit Judges.

[UNPUBLISHED]

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

2. On appeal, Berstler has specifically waived his wrongful-termination claim.